IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ERIC DEVON MITCHELL, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>LAMAR GLOVER, et al., )<br>)<br>Defendants. ) | CIVIL ACTION NO. 1:04cv217-WHA |

## **ORDER**

No objection having been filed to the Recommendation of the Magistrate Judge (Doc. #12) filed on April 10, 2006, the court adopts the Recommendation, and it is hereby

ORDERED that this case is DISMISSED without prejudice for failure of the Plaintiff to properly prosecute this action and his failure to comply with the orders of the court.

DONE this 17th day of May, 2006.

 /s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE